IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **vs.** | )   **CRIMINAL NO. 06-00114-001-CG** |
| | ) |
| **IRENE COLIN SANCHEZ,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

This matter is before the court on defendant's motion for reduction of sentence pursuant to the provisions of 18 USC 3582(c)(2), and motion to proceed in forma pauperis.  (Docs.124 & 125).   Defendant claims that her sentence is eligible for reduction because of the retroactive application of the amended crack cocaine guideline.  However, a review of the files and records of this case clearly demonstrate that the defendant was not charged with, nor was she convicted of, any offense involving crack cocaine.  Her charges involved only methamphetamine, and the guideline calculations in her case were based solely on amounts of methamphetamine involved.[1]  Therefore, the amendment to the crack guidelines has no application to the defendant's case.

Accordingly, the motion for reduction of sentence pursuant to 18 USC 3582(c)(2) and the motion to proceed in forma pauperis are both **DENIED.**

**DONE and ORDERED** this 6th day of March, 2008.

      /s/   Callie V. S. Granade      
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] See the Indictment (Doc. 32), the Judgement (Doc. 89) and the Presentence Investigation Report at paragraph 20 (Doc. 84).