IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IRENE SANCHEZ-COLIN, | : | |
| Petitioner, | : | CIVIL ACTION NO. 10-0020-CG-C |
| vs. | : | CRIMINAL NO. 06-0114-CG |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 10, 2010 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 12th day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE