IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL ACTION NO. 06-0114-CG |
| | * |
| IRENE COLIN SANCHEZ, | * |
| | * |
| **Defendant** | * |

## ORDER

Defendant Sanchez has filed a Motion to Vacate under 28 U.S.C. §2255." (Doc. 149). On July 12, 2010, this court entered an order denying a previous §2255 motion filed by Sanchez. (Docs. 147 & 148). This new motion is therefore a second or successive petition pursuant to §2255. That statute provides the steps necessary to file a second or successive motion: when a prisoner previously has filed a § 2255 motion to vacate, she must apply for and receive permission from the Circuit Court of Appeals prior to filing a successive § 2255 motion. 28 U.S.C. §§ 2255(h), 2244(b)(3)(A). Petitioner has not been authorized by a panel of the Eleventh Circuit Court of Appeals to file the instant petition.

It is therefore **ORDERED** that defendant's current Motion to Vacate under 28 U.S.C. § 2255 (Doc. 149) is **DISMISSED**.

**DONE** and **ORDERED** this the 14th day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE