# IN THE UNITED STATES DISTRICT COURT

## FOR THE <u>SOUTHERN</u> DISTRICT OF <u>ALABAMA</u>

### <u>MOBILE</u> DIVISION

### CASE NO: <u>1:06-CR-00114-001</u>

<u>IRENE SANCHEZ-COLIN</u>,

PETITIONER

VS.

<u>UNITED STATES OF AMERICA</u>,

RESPONDENT

FILED OCT 31 '14 PM 1 10 USDCALS

************************************************************

MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) IN LIGHT OF RETROACTIVE EFFECT OF AMENDMENT 782

************************************************************

On July 18, 2014, the United States Sentencing Commission, unanimously agreed to the retroactive application of Amendment 782, subject to a special instruction. Amendment 782 generally revised the Drug Quantity Table and chemical quantity tables across drug and chemical types.

The proposed Amendment also provides a new application note clarifying that this special instruction does not preclude the Court from conducting sentence reduction proceedings and entering Orders, before November 1, 2015, provided that any Order reducing the defendant's term of imprisonment has an effective date of November 1, 2015, or later.

In light of the aforementioned synopsis, the petitioner, ___IRENE___ ___SANCHEZ-COLIN___, humbly comes before this Court, proceeding Pro Se, requesting retroactive application of Amendment (782), as she qualifies under §1B1.10. In support thereof she states:

On, ___NOVEMBER 15, 2006___, petitioner was sentenced to a term of ___324___ months, followed by ___5___ years of Supervised release. Petitioner was convicted of violating Federal Statute(s) 21:846 Conspiracy to to PWITD METHAMPHETAMINE & 21:841(A)(1)PWITD METHAMPHETAMINE

Under the discretion of the Honorable Judge, the Court makes two determinations in deciding whether or not to modify a sentence under 18 U.S.C. §3582(c)(2). First, what sentence would have been imposed had the retroactive Amendment been in effect at the time the defendant was sentenced.Second, leaving untouched all other previous factual decisions concerning particularized sentencing factors, what sentence it would have imposed had the new sentencing range been the range at the time of the original sentencing. See U.S. vs Wyatt, 115F.3d 606, 609 (8th Cir. 1997)

In the case of the petitioner, under the factors set forth in §3553(a), defendants low level role in the underlying offense, does not pose any threat to public safety. Petitioner's case was not one of a violent nature. Also, as petitioner is a non-citizen of America, she would not qualify for any Re-entry programs, or halfway house consideration. Wherefore, expedited processing of the hereto motion, would be a substantial saving to the United States, as petitioner, more than

3.

likely , would be deported.

In conclusion, petitioner, <u>IRENE SANCHEZ-COLIN</u>      respectfully
requests that this Court grant her Motion for Reduction of Sentence
pursuant to 18 U.S.C. §3582(c)(2), as she meets the qualifying
criteria for eligibility of the retroactive application of Amendment
(782), in effect, November 1, 2014.  Petitioner has attached a copy
of all post-sentencing rehabilitation, as well as her conduct record.

Respectfully submitted,

*Sanchez Colin Irene*

## CERTIFICATE OF SERVICE

I, <u>IRENE SANCHEZ-COLIN</u>      hereby sware under the penalty of
perjury, that the hereto motion, was placed in the prison mailbox,
from Aliceville, AL, on <u>NOVEMBER 3, 2014</u>    .  It was mailed to the
following:

<u>CLERK OF COURTS</u>

<u>UNITED STATES DISTRICT COURT</u>

<u>John A. Campbell United States Courthouse</u>

<u>113 St. Joseph Street, Room 123</u>

<u>Mobile, Al. 36602</u>

So Served,

*Sanchez Colin Irene*  Executed: <u>NOVEMBER 3, 2014</u>

REGNO..: 09416-003 NAME: SANCHEZ-COLIN, IRENE

```
FBI NO...........: 59236MC6          DATE OF BIRTH: ███  1963  AGE:  51
ARS1.............: ALI/A-DES
UNIT.............: A UNIT             QUARTERS.....: A01-218L
DETAINERS........: YES                NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 11-12-2029

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-12-2030 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: ALABAMA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:06-CR-00114-001
JUDGE...........................: GRANADE
DATE SENTENCED/PROBATION IMPOSED: 11-15-2006
DATE COMMITTED..................: 01-29-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $300.00        $00.00          $00.00     $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 CONSPIRACY TO PWITD METHAMPHETAMINE
         21:841(A)(1) PWITD METHAMPHETAMINE.

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   324 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 04-27-2006
```

REGNO..: 09416-003 NAME: SANCHEZ-COLIN, IRENE


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-30-2013 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-22-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 11-15-2006
TOTAL TERM IN EFFECT............:   324 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    27 YEARS
EARLIEST DATE OF OFFENSE........: 04-27-2006

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                  04-28-2006    11-14-2006

TOTAL PRIOR CREDIT TIME.........: 201
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1081
TOTAL GCT EARNED................: 408
STATUTORY RELEASE DATE PROJECTED: 05-12-2030
EXPIRATION FULL TERM DATE.......: 04-27-2033
TIME SERVED.....................:    8 YEARS     4 MONTHS     18 DAYS
PERCENTAGE OF FULL TERM SERVED..:  31.0

PROJECTED SATISFACTION DATE.....: 05-12-2030
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: 3-30-13 UPDTD GED-UNSAT, BEE/NOV.

REGNO..: 09416-003 NAME: SANCHEZ-COLIN, IRENE

---------------------------- CURRENT DETAINERS: ----------------------------

```
DETAINER NO..: 001
DATE LODGED..: 12-23-2008
AGENCY.......: IMMIGRATION & NATURALIZATION
AUTHORITY....: U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
CHARGES......: POSSIBLE DEPORTATION (MEXICO) (099032957)
```

S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

John A. Campbell United States Courthouse
113 Saint Joseph Street, Room 123
Mobile, Al. 36602

November 3, 2014

Re: Irene Sanchez-Colin #09416-003
Case No; 1:06-CR-00114-001

Honorable Judge Granade,

   Good day to you Your Honor, I come to you with a contrite heart, humbly requesting consideration of the retroactive effect of Amendment (782), pursuant to the attached 18U.S.C. §3582 Motion.  I am a non violent offender, with no ties to any drug cartels, or major crime families.  I have maintained an exemplary discipline record, and remain respectful of authority and other inmates.

   I ask that you accept my apology for my role in the offense.   I have made some bad decisions in my life, and for that I truly regret the harm I may have inadvertently inflicted upon others as well as my family and I have from the beginning, accepted responsibility for my actions.

   After I was sentenced, I made a conscious decision to work on my inner and outter self.  I would not let this sentence put me in dispair.  I saw this sentence as a way to better myself with education and knowledge. By taking Life management skills, GED, English, Computer Keyboarding,Basic Grammar, and other clases that teach about the consequences of drug usage and the damage done to families and friends, when one is incarcerated due to usage or the distribution of.  It is sad when you learn that all actions create reactions.  Some more detrimental than others.  I have attached copies of what I have achieved thus far.

   In closing Your Honor, I simply request your compassion and mercy in my plight. I made a mistake, and said mistake embarrassed myself and my family.  I am truly ashamed of the person I was.  But this time has made me think, and I came to the conclusion long ago, this is not the life for me, and I will never come back again.  I do not say this lightly.  Allow me the chance to go home sooner than later, back to my family, and make them proud.  I am truly sorry for my actions, and pray Your Honor forgives me, for my past transgressions, as I have learned the beginning of change is self acceptance, and self forgiveness.

Thank you for your time.


Respectfully submitted,

_Sanchez Colin Irene_



| | | | |
|---|---|---|---|
| **Name:** | SANCHEZ-COLIN, IRENE | **Institution:** | ALICEVILLE FCI |
| **Register Number:** | 09416-003 | | P.O. BOX 445 |
| **Security/Custody:** | LOW/IN | **Telephone:** | ALICEVILLE, AL 35442 |
| **Projected Release:** | 05-12-2030 / GCT REL | **Fax:** | (205) 373-5000 |
| | | | 205-373-5020 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 02-28-2015 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 03-20-2015 | **FBI Number:** | 59236MC6 |
| **Age/DOB/Sex:** | 50 / ███████ / F | **SSN:** | |
| **CIM Status:** | N | **DCDC Number:** | |
| | | **INS Number:** | 099032957 |
| | | **PDID Number:** | |
| | | **Other IDs:** | INS / 099032957 / |

| | | | |
|---|---|---|---|
| **Release Residence:** | [POC] | **Release Employer:** | [Name] |
| | SUBJECT TO DEPORTATION | | [Address] |
| | MX | **Contact** | [POC] |
| **Telephone:** | [Phone] | **Telephone:** | |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | Isaias Martinez, Son | **Secondary Emergency** | [POC] |
| | 18 South Walnut Street | **Contact:** | [Address] |
| | Hohenwald, TN 38462 | **Telephone:** | |
| **Telephone:** | (615) 613-1189 | | |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| 21:846 CONSPIRACY TO PWITD METHAMPHETAMINE 21:841(A)(1) PWITD METHAMPHETAMINE. | 324 MONTHS | 3559 PLRA SENTENCE | 5 YEARS |

**Other Current Offenses:**

| NONE |
|---|

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 11-15-2006 | 8 YEARS 4 MONTHS 8 DAYS / 201 / 0 | 1081 / 0 / 0 | 0 / 0 / 0 | **Hearing Date:** **Hearing Type:** **Last USPC Action:** | NOT ENTERED |

**Detainers:**

| Org | Authority | Charge #1 | Charge #2 | Charge #3 |
|---|---|---|---|---|
| INS | U.S. IMMIGRATION & CUSTOMS ENFORCEMENT | POSSIBLE DEPORTATION (MEXICO) (099032957) | | |

**Special Parole Term: NOT ENTERED**
**Pending Charges:** None known
**Cim Status:** N                    **Cim Reconciled:** N/A

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $300.00 | $0.00 | 1:06-CR-00114-001 - Southern District of Alabama | FINANC RESP-COMPLETED |

**Financial Plan**          **Comm Dep-6 mos:**   $1831.77

# INMATE SKILLS DEVELOPMENT PLAN
## PROGRAM REVIEW: 09-02-2014

| | | | |
|---|---|---|---|
| **Active:** | *[Y,N]* | **Commissary** | |
| **Financial Plan Date:** | *[Date]* | **Balance:** | $75.09 |

## Payments

| | |
|---|---|
| **Commensurate:** | *[Y,N]* |
| **Missed:** | *[Y,N]* |

| | |
|---|---|
| **Judicial Recommendations:** | None / None / None |

| | |
|---|---|
| **Special Conditions of Supervision:** | The defendant shall be delivered to INS immediately after incarceration. If deported, remain outside the US. If not deported, report to the Probation Office within 72 hours of release. |

| | | | |
|---|---|---|---|
| **USPO Sentencing:** | Jennifer Childress, Chief Alabama Southern Probation Office 201 St. Michael Street 2nd Floor Mobile, AL 36602 | **USPO Relocation:** | *[POC]* *[District]* *[Street Address/Suite]* *[City], [State] [Zip]* |
| **Phone/Fax:** | 251-441-6800 / 251-441-6810 | **Phone/Fax:** | *[Phone] / [Fax]* |

| | | | |
|---|---|---|---|
| **Subject to 18 U.S.C. 4042(B) Notification:** | Y | **DNA Required:** | Y - 05-20-2011 |
| • Conviction for a drug trafficking crime (federal) | | **Subject to Sex Offender Notifications:** | N |
| | | **Treaty Transfer Case:** | N |

| | |
|---|---|
| **Profile Comments:** | Subject to deportation to Mexico. |

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| ALI | GED XN | EXEMPT GED NON-PROMOTABLE | 03-22-2013 | CURRENT |
| ALI | GED UNSAT | GED PROGRESS UNSATISFACTORY | 03-22-2013 | CURRENT |
| ALI | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 02-07-2007 | CURRENT |
| ALI | CROCHET I | CROCHET PRIMARY CLASS FCI | 07-23-2014 | CURRENT |
| ALI | PARENT-SPA | PARENTING FROM WITHIN FCI SPAN | 05-29-2014 | CURRENT |
| ALI | SPGED8M-F | SPANISH GED 8:00-9:30 MON-FRI | 03-21-2014 | CURRENT |
| ALI | ESL2:00 | ESL 2:00 MONDAY-FRIDAY | 10-01-2013 | CURRENT |

## COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| LIFE MANAGEMENT SKILLS I | 06-20-2014 | 15 |
| REC CLASS: BEGINNING GUITAR | 03-29-2013 | 8 |
| GED 8 CLS:M-F 12-2 CLSRM #4 | 03-22-2013 | 1562 |
| GED SCORES PEND/NO ATTENDANCE | 12-04-2012 | 0 |
| GED 8 CLS:M-F 12-2 CLSRM #4 | 10-25-2012 | 0 |
| GED SCORES PEND/NO ATTENDANCE | 07-09-2012 | 0 |
| GED 8 CLS:M-F 12-2 CLSRM #4 | 05-24-2012 | 0 |
| REC WELL CLASS: HEALTHY EATING | 02-27-2012 | 4 |
| ACE: ENGLISH FOR BEGIN 1 CLASS | 01-25-2012 | 14 |
| ACE CLASS: LIFE ON EARTH | 07-25-2011 | 2 |

| | | |
|---|---|---|
| COMP KEYBRD CLS;M-F;9:30-10:30 | 12-09-2010 | 73 |
| BASIC GRAMMAR 1 SPANISH ACE | 10-27-2010 | 12 |
| WELLNESS: BETTERBODY SPANISH | 08-23-2010 | 2 |
| ACE: SPANISH GED PREP 2 | 07-09-2010 | 30 |
| ACE:SELF EMPWRMNT SPNSH;RPP 6 | 06-01-2010 | 12 |
| ACE CLASS: FDIC'S MONEY SMART | 06-02-2010 | 12 |
| ACE: SPANISH GED PREP CLASS | 03-26-2010 | 28 |
| ACE: ENGLISH FOR BEGINNERS | 09-23-2009 | 32 |
| REC CLS:SOCCER CLINIC | 07-12-2009 | 1 |
| ESL CLASS:M-F 9:30-11:20(RM 1) | 04-13-2009 | 64 |
| (PG) SFF BEGINNER GUITAR | 10-09-2008 | 16 |
| (PG) PLANET EARTH ACE COURSE | 05-16-2008 | 16 |
| (PG) SFF RECYCLE ART PROGRAM | 05-11-2008 | 4 |
| (PG) SFF RECORDER/FLUTE COURSE | 03-26-2008 | 8 |
| (PG) SFF ACRYLIC PAINT COURSE | 03-10-2008 | 10 |
| (PG) SFF MUSIC THEORY CLASS | 02-25-2008 | 8 |
| (PG)SFF ORIGAMI | 12-03-2007 | 6 |
| (PG) SPANISH POETRY ACE | 12-10-2007 | 6 |
| (PG) AM FOOD SFTY COURSE 4HRS | 09-13-2007 | 4 |
| (PG) BIGGEST LOSER NUTRITION | 07-22-2007 | 4 |
| (PG) SFF VOCAL HARMONY | 08-07-2007 | 16 |
| (PG) SFF WELLNESS CLASS | 07-24-2007 | 4 |
| (PG) SFF TRUE COLORS PROGRAM | 04-17-2007 | 2 |
| (PG) SFF TRUE COLORS PROGRAM | 02-22-2007 | 2 |
| (PG) SFF YOGA CLASS | 04-30-2007 | 8 |

**HIGH TEST SCORES**

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|
| CASAS | LIST PLACE | 192.00 | 01-28-2009 | WAS | 2 | |
| CASAS | READ PLACE | 195.00 | 01-28-2009 | WAS | 2 | |
| CASAS | READ LEV D | 241.00 | 03-18-2011 | WAS | 37 | |
| CASAS | READ LEV A | 188.00 | 04-01-2009 | WAS | 31A | |
| GED | SCIENCE | 340.00 | 09-25-2012 | WAS | IE | |
| GED | MATH | 230.00 | 05-23-2012 | WAS | ID | |
| GED | LIT/ARTS | 380.00 | 09-25-2012 | WAS | IE | |

| | | | | | | |
|---|---|---|---|---|---|---|
| GED | AVERAGE | 332.00 | 05-23-2012 | WAS | FAIL | |
| GED | WRITING | 430.00 | 05-23-2012 | WAS | ID | |
| GED | SOC STUDY | 350.00 | 09-25-2012 | WAS | IE | |
| GED PRAC | SOC STUDY | 470.00 | 09-14-2011 | WAS | PA SP | |
| GED PRAC | WRITING | 410.00 | 11-09-2011 | WAS | PA SP | |
| GED PRAC | WRITING | 410.00 | 04-18-2012 | WAS | PA SP | |
| GED PRAC | LANG PROF | 400.00 | 02-23-2012 | WAS | PL | |
| GED PRAC | AVERAGE | 432.00 | 09-11-2012 | WAS | FAIL | |
| GED PRAC | MATH | 440.00 | 10-12-2011 | WAS | PA SP | |
| GED PRAC | LIT/ARTS | 470.00 | 10-12-2011 | WAS | PA SP | |
| GED PRAC | LIT/ARTS | 470.00 | 09-11-2012 | WAS | PA SP | |
| GED PRAC | MATH | 440.00 | 09-14-2011 | WAS | PA SP | |
| GED PRAC | SCIENCE | 450.00 | 10-12-2011 | WAS | PA SP | |
| SABE/2 | READ COMP | 7.50 | 03-04-2011 | WAS | ########## | |
| SABE/2 | MATH CONC | 7.50 | 09-08-2011 | WAS | ########## | |
| SABE/2 | MATH COMP | 7.30 | 03-31-2010 | WAS | ########## | |
| SABE/2 | VOCABULARY | 7.40 | 09-29-2010 | WAS | ########## | |
| TABE M | MATH COMP | 3.60 | 06-20-2014 | ALI | 10 | |
| TABE M | MATH APPL | 2.80 | 06-20-2014 | ALI | 10 | |
| TABE M | READING | 2.30 | 06-20-2014 | ALI | 10 | |

## WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| ALI | CMPND WKPM | PM WEEKEND COMPOUND ORDERLY | 05-12-2014 | CURRENT |

## WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| ALI | CMPND PM | COMPOUND PM ORDERLY | 09-13-2013 | 05-12-2014 |

## DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|
| Inmate has no disciplinary history items in this area | | | | |

## MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| ALI | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-27-2013 | CURRENT |

## MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|----------|------------|------------|-----------|
|  | Inmate has no movement history items in this area |  |  |

## CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|------------|-------------|------------|-----------|
| ALI | RPP INELIG | RELEASE PREP PGM INELIGIBLE | 06-27-2013 | CURRENT |
| ALI | IHP PEND | IMMIG FUTURE IHP PART DATE | 12-11-2008 | CURRENT |
| ALI | ITTMX INEL | ITT MX INELIG FOR TRTY TRANS | 11-26-2008 | CURRENT |
| ALI | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 02-15-2007 | CURRENT |

## MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|------------|-------------|------------|-----------|
| ALI | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-18-2008 | CURRENT |
| ALI | YES F/S | CLEARED FOR FOOD SERVICE | 01-31-2007 | CURRENT |

## ACADEMIC       *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>① has NOT attended special education classes |
| ❓ | **LITERACY**<br>⊖ education level is 6th-8th grade |
| ❓ | **LANGUAGE**<br>⊖ limited or no fluency in English |
| ❗ | **COMPUTER SKILLS**<br>⊖ lacks keyboarding skills<br>⊖ lacks word processing skills<br>⊖ lacks internet navigation skills |

| Progress and Goals |
|---|

**Previous TEAM 03-20-2014**

Sanchez-Colin followed previous recommendation and enrolled in ESL. Recommend she enroll in Spanish GED within 180 days.

**Current TEAM**

Inmate is currently enrolled in ESL classes and Spanish GED classes. It is recommended that she continue making satisfactory progress with perfect attendance through February 2015.

## VOCATIONAL/CAREER    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **EMPLOYMENT HISTORY**<br>① employed at time of arrest<br>⊖ no consistent history of employment 5 years prior to incarceration<br>① sporadic history of employment (frequent, non-promotional job changes) |
| ✓ | **CAREER DEVELOPMENT**<br>⊕ possesses significant expertise in field<br>① Food Preparation and Serving Related - 35<br><br>① realistic career/job goals upon release<br>① seeking position: Restaurant Worker<br>⊕ has more than two years work experience in this field<br>⊖ does not have an education degree related to this field |
| ✓ | **INSTITUTION WORK HISTORY**<br>⊕ has a consistent institution work history<br>    Eval: 03-20-2014 Good<br>    Eval: 02-28-2014 Good<br>    Eval: 01-31-2014 Good<br>    Eval: 12-31-2013 Good<br>    Eval: 11-29-2013 Good<br>    Eval: 10-31-2013 Good |

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

**POST INCARCERATION EMPLOYMENT**

⊖ post-incarceration employment not secured
① other: deportable alien

① release documents obtained to date:
⊖ missing current resume
⊖ missing application cover letter
⊖ missing letter of referral from previous employer(s)
⊖ missing job evaluations
⊖ missing education documents

### Progress and Goals

**Previous TEAM 03-20-2014**

Continue to receive good or outstanding on your work performance evaluations over the next 180 days.

**Current TEAM**

Continue to receive good or outstanding on your work performance evaluations over the next 180 days, through 02/2015.

## INTERPERSONAL        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊘ | **RELATIONSHIPS**<br><br>⊖ death in immediate family during childhood<br><br>⊖ negative peer influences prior to incarceration<br>① criminal associates<br>① substance abuser associates |
| ⊘ | **FAMILY TIES/SUPPORT SYSTEM**<br><br>⊖ insufficient expected support to warrant positive Family Ties and Support System<br>　　Immediate Family: Emotional<br>　　Immediate Family: General |
| ⊘ | **PARENTAL RESPONSIBILITY**<br><br>① no children under the age of 21<br><br>① no children under the age of 21 financially responsible for<br><br>① RRC (MINT) Placement is not applicable |
| ✓ | **COMMUNICATION**<br><br>⊕ displays good communication skills |

## INTERPERSONAL         *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
| --- |

**Previous TEAM 03-20-2014**

Sanchez-Colin does relate appropriately with staff and other inmates. She also has maintained communication with family and friends. Unit team recommends she continues doing so through next review in September 2014.

**Current TEAM**

Inmate Sanchez is to continue to participate in currently enrolled courses with Education.
STG:
Continue current courses and Enroll in ACE course of choice through Education by next review, 02/2015.
LTG:
Continue to maintain contact with family via email, phone and establish visits with relocation to the Alabama area.

## WELLNESS         *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
| --- | --- |
| (!) | **HEALTH PROMO/DISEASE PREVENT**<br>⊖ overweight<br>ⓘ height 4 ft. 11 in.<br>ⓘ weight (lbs) 154<br>ⓘ BMI Score 31.1<br>ⓘ date calculated 08-31-2013<br><br>⊖ no regular exercise<br><br>⊕ no evidence of behaviors associated with increased risk of infectious disease<br><br>⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)<br><br>⊕ had a primary care provider or clinic (prior to incarceration)<br>⊖ does not have health insurance coverage upon release |
| (!) | **DISEASE/ILLNESS MANAGEMENT**<br>⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required<br><br>⊖ medical Care Level II (Chronic care - stable) - See Exit Summary<br>⊕ no dental problems<br>⊕ no non-routine services/assistance devices needed |
| (!) | **TRANSITIONAL PLAN**<br>⊖ requires medication upon release from custody - See Exit Summary<br>⊖ requires on-going treatment or follow-up after release from custody - See Exit Summary<br>ⓘ TB Clearance Complete - See Exit Summary<br>ⓘ RRC placement is not applicable |
| ⊘ | **GOVERNMENT ASSISTANCE**<br>ⓘ has not previously received Social Security assistance<br>ⓘ inmate indicates he/she may not be eligible for Social Security assistance after release<br><br>ⓘ has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard<br>ⓘ spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |

## WELLNESS                          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| **Previous TEAM 03-20-2014**<br><br>Maintain physical well-being through health promotion and disease prevention strategies such as a healthy lifestyle and habits, routine medical care, regular exercise, and appropriate diet. Participate in programs offered by Recreation and Health Services to aid in increasing your knowledge of healthy living, practicing sound nutritional habits and maintaining a balance of diverse activities.<br><br>**Current TEAM**<br><br>Recommend the inmate participate and get involved in Wellness courses consisting of Beg Wellness, Beg Nutrition, Weight Management, and Beg Human Anatomy. Recommend that the inmate get involved in any structured or unstructured Physical Fitness activity and utilize the Health Awareness Resource area in Recreation. |

## MENTAL HEALTH          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| (!) | **SUBSTANCE ABUSE MANAGEMENT**<br><br>(i) no evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br><br>(−) no history of substance abuse treatment<br>(i) not currently participating in substance abuse treatment |
| (✓) | **MENTAL ILLNESS MANAGEMENT**<br><br>(+) no history of mental health diagnosis prior to incarceration<br><br>(+) no mental health diagnosis during incarceration<br><br>(+) no history of serious suicidal ideation or attempts |
| (✓) | **TRANSITIONAL PLAN**<br>(+) no medication required upon release from custody<br>(+) does not require on-going treatment after release from custody<br>(+) psychology services recommends RRC placement |
| (✓) | **APPROPRIATE SEXUAL BEHAVIOR**<br>(+) no evidence of sexually inappropriate behavior |

| Progress and Goals |
|---|
| **Previous TEAM 03-20-2014**<br><br>SANCHEZ-COLIN will contact Psychology Services as needed throughout her incarceration for mental health intervention.<br><br>**Current TEAM**<br><br>SANCHEZ-COLIN will contact Psychology Services as needed throughout her incarceration for mental health intervention. |

## COGNITIVE          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **GENERAL BEHAVIOR**<br>⊕ no evidence of behavioral problems as a juvenile<br><br>⊖ evidence of behavioral problems as an adult<br>① 300 series incident reports |
| ✓ | **CRIMINAL HISTORY**<br>⊕ no prior convictions AND current conviction is non-violent/non-sex offense<br>    drug offenses: Single occurrence(s) |
| ✓ | **DOMESTIC VIOLENCE/ABUSE**<br>⊕ no history of domestic violence or abuse |
| ✓ | **CRIMINAL BEHAVIOR**<br>⊕ no onset of criminal behavior before the age of 14<br>⊕ no criminal versatility: Convictions in less than 3 categories<br>⊕ no significant history of violence: Less than 2 violent convictions |

| Progress and Goals |
|---|
| **Previous TEAM 03-20-2014**<br><br>Sanchez-Colin has maintained clear conduct since last program review.  Unit team encourages her to continue doing so until next review in September 2014.<br>**Current TEAM**<br><br>Sanchez-Colin has maintained clear conduct since last program review. Unit team encourages her to continue doing so until next review in 02/2015. |

## CHARACTER          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **PERSONAL CHARACTER**<br>⊖ insufficient variety of behaviors to warrant overall positive personal character<br>⊕ evidence of spirituality<br>    talks to a friend or mentor about spiritual/religious issues: Always<br>    active participation in a faith group: Always<br>    connected to outside spiritual/religious community: Sometimes<br>    examines actions to see if they reflect values: Sometimes<br>    finds meaning in times of hardship: Sometimes<br>⊕ fulfills financial obligations<br>① religious assignment: CATHOLIC<br><br>⊕ no evidence easily influenced by other |
| ✓ | **PERSONAL RESPONSIBILITY**<br>① reports responsibility for current incarceration as:<br>⊕ self (sole responsibility)<br><br>⊕ made efforts to make amends for their crime(s)<br>⊕ engages in activities which assist victims affected by their type of crime(s) |

## CHARACTER                     *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| **Previous TEAM 03-20-2014**<br><br>Unit team still encourages you to participate in a self-help, improvement class or in a positive religious activity through Education, Psychology or Religious Services by next team in September 2014.<br><br>**Current TEAM**<br><br>Unit team still encourages you to participate in a self-help, improvement class or in a positive religious activity through Education, Psychology or Religious Services by next team in 02/2015. |

## LEISURE                      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
|  | **USE OF LEISURE TIME**<br>⊖ insufficient variety of activities to warrant overall positive use of leisure Time<br>⊕ participation in a faith group<br>⊕ sports/exercise<br>⊕ reading |

| Progress and Goals |
|---|
| **Previous TEAM 03-20-2014**<br><br>Sanchez-Colin is not currently enrolled in any leisure courses. Recommend she enroll in a leisure course of choice by next team in September 2014. Also unit team still recommends you to exercise, participate in recreational activities, watch movies, read books and perform hobbies to ensure leisure time is used in a positive manner.<br><br>**Current TEAM**<br><br>Recommend that you participate in the Recreation Leisure programs, consisting of hobby craft classes, music classes, Intramural Sports Leagues. You should be involved in any leisure programs of your choice. Recreation also recommends that you check out the Health Awareness Resource Library for books and materials. |

## DAILY LIVING                  *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
|  | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊖ no knowledge in maintaining savings account<br>⊖ no knowledge in utilizing an ATM debit card<br>⊖ no knowledge in obtaining loans?<br>⊖ no positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |
|  | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊕ knowledgeable in accessing community resources to obtain food |
| ✓ | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>ⓘ quarters assignment: HOUSE B/RANGE 02/BED 110L |

## DAILY LIVING            *** Disregard Response Summary and utilize only the Progress & Goals section ***

 **TRANSPORTATION**

⊖ does not have valid driver's license
⊖ Outstanding motor vehicle violations

⊖ does not own personal vehicle with appropriate insurance
⊕ possesses public transportation skills and has access to public transportation

 **IDENTIFICATION**

⊕ has photo identification
⊖ does not have birth certificate
⊖ does not have social security card

 **HOUSING**

⊕ established housing year prior to incarceration
① established housing: paid rent
① established housing: lived with family
① established housing: non-publicly assisted
⊖ established housing in a high crime neighborhood

⊖ no secured housing upon release
① other: Due to 2029 release date, she will need an RRC to re-establish housing.

 **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

⊖ not recommended for RRC placement
① Detainer or Pending Charge: Criminal alien releasing to custody of ICE

 **FAMILY CARE**

⊕ not responsible for obtaining child care for any dependent children upon release
⊕ not responsible for obtaining elder care for any dependent(s) upon release
⊕ not responsible for obtaining any other special services for dependents upon release

| Progress and Goals |
|---|

**Previous TEAM 03-20-2014**

Sanchez-Colin followed previous recommendations and is doing a good job saving money. Recommend she continue to save money for release and continue to maintain appropriate levels of cell sanitation for inspection.

**Current TEAM**

Inmate Sanchez is currently participating in Education courses.
STG:
Enroll in an Adult Continuing Education (ACE) by next review 02/2015, Recommend Creative Writing.
LTG:
Recommend obtaining identification, birth certificate and social security card for file as a release preparation.
Maintain acceptable levels of area sanitation, good personal hygiene, and clear institutional conduct through 05/2030.
Recommend she continue to save 2% of money for release and continue to maintain appropriate levels of cell sanitation for inspection.

## INMATE SKILLS STATUS

| Status | | Initial Assessment 02-15-2007 | Previous Assessment 03-20-2014 | Current Assessment 09-02-2014 |
|---|---|---|---|---|
| ⊙ | Attention Required | 5% | 44.4% | 44.4% |
| ⊡ | Mitigating Issues | 0% | 0% | 0% |
| ？ | Unanswered | 91.7% | 8.9% | 8.9% |
| ✓ | Satisfactory | 3.3% | 41.7% | 41.7% |
| ⊘ | Not Applicable | 0% | 5% | 5% |

| Skill Area | Attention Required ⊙ | Mitigating Issues ⊡ | Unanswered ？ | Satisfactory ✓ | Not Applicable ⊘ |
|---|---|---|---|---|---|
| Academic | 5% | 0% | 80% | 15% | 0% |
| Vocational/Career | 40% | 0% | 0% | 60% | 0% |
| Interpersonal | 65% | 0% | 0% | 25% | 10% |
| Wellness | 60% | 0% | 0% | 20% | 20% |
| Mental Health | 10% | 0% | 0% | 75% | 15% |
| Cognitive | 15% | 0% | 0% | 85% | 0% |
| Character | 20% | 0% | 0% | 80% | 0% |
| Leisure | 100% | 0% | 0% | 0% | 0% |
| Daily Living | 85% | 0% | 0% | 15% | 0% |

⇔09416-003⇔
Irene Sanchez-Colin
PO BOX 4000
F.C.I. Aliceville
Aliceville, AL 35442
United States



Birmingham, AL PNDC 352
WED 29 OCT 2014    PM

FCI ALICEVILLE

⇔09416-003⇔
US DISTRIC COURTHOUSE
Clerk OF Court
113 Saint Joseph ST
RM 123
Mobile, AL 36602
United States

**LEGAL MAIL**